**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-23979-GLT |
| LAWSON NURSING HOME, INC., | ) |
|     **Debtor,** | ) **Chapter** 11 |
| LAWSON NURSING HOME, INC., | ) |
|     **Movant,** | ) **Document No.** |
|     **vs.** | ) |
| THE HUNTINGTON NATIONAL BANK, | ) |
|     **Respondent**. | ) |

## ORDER OF COURT

It is hereby **ORDERED** that the terms of the foregoing Stipulation Allowing Interim Use of Cash Collateral and Establishing Adequate Protection are approved and incorporated herein by reference.

It is hereby **FURTHER ORDERERD** that a hearing on the use of cash collateral shall be held on _____, 2018, at _____ ___.m. in United States Bankruptcy Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge