# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH DIVISION District of PENNSYLVANIA - Pittsburgh

RE: **LAWSON NURSING HOME INC**

: Bankruptcy Number: 18-23979-GLT

**Debtor**

: Chapter: 11

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Linda Mitten, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 11/09/2018

By: _____/S/   Linda Mitten_____
Linda Mitten
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankpitts@state.pa.us