# OFFICE OF THE
# LONG-TERM CARE OMBUDSMAN



## EST. WITHIN THE PA DEPARTMENT OF AGING

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

The submission of this report in paper format has been approved by Clerk of Court Michael R. Rhodes.

**Margaret Barajas**
State Long-Term Care Ombudsman | Office of the Long-Term Care Ombudsman
*Established within the Pennsylvania Department of Aging*
Phone: (717) 783-7096 | Fax: (717) 772-3382
aging.pa.gov

*"Advocate for those who can't,*
*support those who can,*
*and ensure all long-term care consumers*
*live with dignity and respect."*



# OFFICE OF THE
# LONG-TERM CARE OMBUDSMAN



### EST. WITHIN THE PA DEPARTMENT OF AGING

December 24, 2018

**First 60-Day Patient Care Ombudsman Report**

Re:  Lawson Nursing Home, Inc.
     Case No. 18-23979-GLT

As directed by the court, and pursuant to 11 U.S.C. § 333(a)(2), Fed. R. Bankr. P. 2007.2(c), the following is our preliminary 60-day report for the above captioned case.

## General Information

Lawson Nursing Home offers skilled nursing care services in Jefferson Hills, Allegheny County, Pennsylvania, under a regular license issued by the PA Department of Health. The population it serves is primarily geriatric.

The home has a capacity of 50 beds, of which 39 beds are currently occupied. Of the 50 licensed beds, 15 are specifically for individuals receiving short-term rehabilitation.

The current occupancy rates are consistent with facility census reports over the last year under the current administration.

Local ombudsman records indicate that this census is, likewise, consistent with those of other skilled nursing facilities within proximity of Lawson Nursing Home.

Upon notice of my appointment as Patient Care Ombudsman and the bankruptcy process underway, the Allegheny County Office of the Ombudsman began weekly facility coverage visits averaging two hours per visit.

These visits occurred on 11/21, 11/28, 12/6, 12/12, and 12/17, and were completed by certified ombudsmen Korintus, Harrison, and Crider.

## Environmental Observations

As the appointed Patient Care Ombudsman, I visited this facility on December 6, 2018, and met at length with the facility administrator, Shanon Ackman, and Sharon Kaufman, Director of Nursing.

On this visit, Dorrie Taylor, Southwest Regional Ombudsman, and Ron Korintus and Rachel Crider, Allegheny County Certified Ombudsmen, were also present.

The home is single-story structure with a lobby main entrance connecting a north wing and a south wing. The lobby had an aquarium, as well as Christmas decorations appropriate to the season. A directory with arrows to the front desk and other areas was inside the entry, and there was a bulletin board with the LTC Ombudsman contact information poster prominently posted, as well as a large resident rights informational poster.

The north wing was unremarkable, clean and odor-free. The temperature seemed appropriate in the hallways and common areas.

We observed three residents watching television in a common room. Care staff had thoughtfully placed small bells on the trays in front of each resident so that any of the residents could easily call their attention, if need be.

The nearby care staff -- RN Sue, and CNAs Michelle, Tamika, and Brittany -- were observed carrying out their responsibilities at the nearby station, engaging residents in their rooms in a respectful manner, and encouraging a generally cheerful environment; overall positive staff/resident interaction. A board with resident activities was posted and demonstrated a variety of holiday-themed activities.

Certified ombudsman Korintus took opportunity to follow up with a resident who had been experiencing call-bell issues at last visit. The resident reported that his call bell had been replaced, was now functional, and that his internet access had also been restored. We observed the resident using a laptop through the open door to his room.

Ombudsman Korintus noted that the facility offers free basic cable to all residents, but internet access is offered for a monthly fee.

On the south wing, several residents were congregated near the nursing station.

I also spoke at length with one resident who was there for short-term rehabilitation following an accident. Two family members were present. Both the resident and the family members indicated they were pleased with the care provided.

### Staffing/Operations

In our preliminary meeting to discuss the role of the Patient Care Ombudsman, administrator Shanon Ackman explained that all families of residents, and the residents, as appropriate, were notified of the bankruptcy in early November. In her opinion, the bankruptcy is "a good thing" given the cash flow challenges that they have been working through over the last several months.

Both she and the Director of Nursing, Kaufman are committed to their positions and indicate that there has not been any staff turnover directly related to the bankruptcy process.

She believes that longevity of staff is one of their strengths.

Administrator Ackman indicated that the most significant issue they experienced was a payroll error pertaining to the timing of deposits to their old bank account and the new one.

No vendor concerns are reported at this time. They note that their pharmacy vendor has been particularly helpful during this time, as they have transitioned to cash/check on demand for purchases.

## Resident Initiated Complaints/Concerns

Each week throughout this reporting period, local certified ombudsmen (designates of the State Ombudsman) have completed facility visits. These visits average 90 to 120 minutes each, with interaction with an average of six residents per visit.

Reports reflect complaints generally related to the building maintenance and facility operation:

- Bed linens in poor shape
- Shower in south wing out of order
- Restroom in lobby out of order
- Call bells not operational
- Dust on curtains and overhead pipes

Most of the residents report that they are satisfied with their care. Of those with care concerns, the complaints pertain to the menu, activities, and call bell response time.

## Regulatory Issues/Department of Health

The PA Department of Health was last on site on June 8, 2018, and determined that any deficiencies cited in their previous visit had been corrected. There have been no regulatory citations for the current period.

---

The State Long-Term Care Ombudsman is confident that the facility will work closely with the local ombudsman, when appropriate, to report any notices of regulatory compliance moving forward.

We trust that the information included in this report is satisfactory to the Court. We will continue to have the local ombudsman conduct weekly site visits and meet with residents to ensure their quality of care and life continue to be positive.

For additional information or should you have any questions, please do not hesitate to contact the PA Ombudsman Office of the Long-Term Care Ombudsman at (717) 783-7096.

Sincerely,

*M Barajas*

Margaret Barajas
PA Long-Term Care Ombudsman