**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| LAWSON NURSING HOME, INC., | CHAPTER 11 |
| Debtor | Case No. 18-23979-GLT |
| A/B NURSING HOME SELF-INSURANCE GROUP TRUST FUND FOR WORKERS' COMPENSATION | Date and Time of Hearing February 7, 2019 at 10:00 a.m. Response Deadline: January 28, 2019 |
| Movant, | |
| vs. | Place of Hearing U.S. Steel Tower 600 Grant Street Courtroom A, 54th Floor Pittsburgh, PA 15219 |
| LAWSON NURSING HOME, INC., | |
| Respondent. | |

**CERTIFICATION OF SERVICE**

I hereby certify that on January 11, 2019 I caused to be served a true and correct copy of the foregoing Notice and Motion via ECF notification upon all parties-in-interest on the attached service list or U.S. Mail as noted.

              Respectfully submitted,

              BUCHANAN INGERSOLL & ROONEY PC

Dated: January 11, 2019     /s/ *Tyler S. Dischinger*
              Tyler S. Dischinger
              PA Bar ID 314299
              One Oxford Centre, 20th Floor
              301 Grant Street
              Pittsburgh, PA 15219
              Telephone: (412) 562-8800
              *Counsel for A/B Nursing Home Self-Insurance*
              *Group Trust Fund for Workers' Compensation*

**Service List**

Counsel for Debtor:

Donald R. Calaiaro
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219
Email: dcalaiaro@c-vlaw.com

U.S. Trustee:

Larry E. Wahlquist
U.S. Trustee Program/Dept. of Justice
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
Email: larry.e.wahlquist@usdoj.gov; ustpregion03.pi.ecf@usdoj.gov

Ashley Sweeney Wagner on behalf of Creditor West Jefferson Hills School District
awagner@mcgrailassociates.com

Ashley Sweeney Wagner on behalf of Creditor Jefferson Hills Borough
awagner@mcgrailassociates.com

Avrum Levicoff on behalf of Creditor Johnson's Pharmaceutical Services
ALevicoff@LevicoffLaw.com

Bryan Devine on behalf of Creditor PCA Mission Pharmacy bdevine@dscslaw.com

CSU - OUCTS, PA Labor & Industry ra-li-ucts-bankpitts@state.pa.us

David A Jones, Jr on behalf of Creditor Johnson's Pharmaceutical Services
DJones@LevicoffLaw.com

Donald R. Calaiaro on behalf of Debtor Lawson Nursing Home, Inc. dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@cvlaw.com;mpeduto@c-vlaw.com

Jeffrey R. Hunt on behalf of Creditor County of Allegheny jhunt@grblaw.com,
cnoroski@grblaw.com

John B. Joyce on behalf of Creditor The Huntington National Bank jjoyce@grenenbirsic.com,
alentz@grenenbirsic.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com,
DMcKay@bernsteinlaw.com

2

Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania Departmentof Revenue redmundson@attorneygeneral.gov

Robert J. Donahoe on behalf of Creditor Sugar Creek Rest, Inc. rdonahoe@nauticom.net

Via U.S. Mail:

Derek R. Glaser-Equity Holder
112 Allison Drive
Canonsburg, PA 15317

Margaret Barajas
PA Long-Term Care Ombudsman
Ombudsman Office
Pennsylvania Department of Aging
555 Walnut St. 5th Floor
Harrisburg, PA 17101