## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LAWSON NURSING HOME, INC.,<br><br>Debtor<br><br>A/B NURSING HOME SELF-<br>INSURANCE GROUP TRUST FUND<br>FOR WORKERS' COMPENSATION<br><br>Movant,<br><br>vs.<br><br>LAWSON NURSING HOME, INC.,<br><br>Respondent. | CHAPTER 11<br><br>Case No.  18-23979-GLT<br><br><br><br>Date and Time of Hearing<br>February 7, 2019 at 10:00 a.m.<br>Response Deadline:  January 28, 2019<br><br>Place of Hearing<br>U.S. Steel Tower<br>600 Grant Street<br>Courtroom A, 54th Floor<br>Pittsburgh, PA 15219 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION
OF A/B NURSING HOME SELF-INSURANCE GROUP TRUST FUND
FOR WORKERS' COMPENSATION FOR RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)
<u>TO TERMINATE DEBTOR AS A MEMBER OF THE FUND</u>**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion of A/B Nursing Home Self-Insurance Group Trust Fund for Workers' Compensation for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Terminate Debtor as a Member of the Fund by no later than **January 28, 2019** *(i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at <u>www.pawb.uscourts.gov</u>. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **February 7, 2019 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be

heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Dated Served: January 11, 2019

*/s/ Tyler S. Dischinger*
Tyler S. Dischinger
PA Bar ID 314299
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
*Counsel for A/B Nursing Home Self-Insurance*
*Group Trust Fund for Workers' Compensation*