**Form 404**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

122 – 120
dbas

In re:

Bankruptcy Case No.: 18–23979–GLT
Related to Docket No. 120
Chapter: 11
Hearing Date: 3/7/19 at 11:00 AM

**Lawson Nursing Home, Inc.**
25–1125754
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
              **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____ .
                                   **(Date)**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____
        (Signature)
       _____
       Typed Name

       _____
       Address
       _____
       Phone No.
       _____
       List Bar I.D. and State of Admission