Case 18-23979-GLT    Doc 127    Filed 02/26/19    Entered 02/26/19 15:25:23    Desc Main
Document    Page 1 of 1

FILED
2/26/19 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**  ) | Bankruptcy No. 18-23979-GLT |
| Lawson Nursing Home, Inc.,  ) | |
| **Debtor,**  ) | **Chapter** 11 |
| Lawson Nursing Home, Inc.,  ) | |
| **Movant,**  ) | |
| vs.  ) | |
| No Respondent.  ) | Related to Docket No. 120 |

### ORDER OF COURT

**AND NOW** this  26th  day of   February  , 2019, the Debtor's motion is granted. The Debtor shall file on or before April 22, 2019, a Chapter 11 Plan and Disclosure Statement.

By the Court,

_____
**Honorable Gregory L. Taddonio**
**United States Bankruptcy Court**

**ENTERED BY DEFAULT**