**Notice Recipients**

District/Off: 0315−2     User: mgut     Date Created: 2/26/2019
Case: 18−23979−GLT     Form ID: pdf900     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
aty     Donald R. Calaiaro     dcalaiaro@c−vlaw.com
aty     Larry E. Wahlquist     larry.e.wahlquist@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Lawson Nursing Home, Inc.     540 Coal Valley Road #2     Jefferson Hills, PA 15025

TOTAL: 1