## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LAWSON NURSING HOME, INC.,<br><br>    Debtor.<br>―――――――――――――――――――<br>GORDON FOOD SERVICE INC.,<br><br>    Applicant,<br><br>v.<br><br>LAWSON NURSING HOME, INC.,<br><br>    Respondent. | Chapter 11<br><br>Case No. 18-23979-GLT<br><br>Date and Time of Hearing:<br>April 4, 2019 at 10:00 a.m.<br><br>Response Deadline:<br>March 22, 2019<br><br>Document No. 136 |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(9)

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Applicant a response to the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(9) by **no later than Friday, March 22, 2019** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **April 4, 2019 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: March 5, 2019 | Respectfully submitted,<br><br>/s/ Jason M. Torf<br>Jason M. Torf (pro hac vice pending)<br>John C. Cannizzaro (pro hac vice pending)<br>ICE MILLER LLP<br>200 W. Madison Street, Suite 3500<br>Chicago, IL 60606-3417<br>Telephone:  (312) 726-6244<br>Facsimile:   (312) 726-6214<br>Email:         Jason.Torf@icemiller.com<br><br>*Counsel for Gordon Food Service Inc.* |