# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LAWSON NURSING HOME, INC.,<br><br>　　　Debtor.<br>———————————————————<br>GORDON FOOD SERVICE INC.,<br><br>　　　Applicant,<br><br>v.<br><br>LAWSON NURSING HOME, INC.,<br><br>　　　Respondent. | Chapter 11<br><br>Case No. 18-23979-GLT<br><br>Date and Time of Hearing:<br>April 4, 2019 at 10:00 a.m.<br><br>Response Deadline:<br>March 22, 2019<br><br>Document No. 136 |

## CERTIFICATE OF SERVICE OF APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b)(9) AND FOR NOTICE OF HEARING THEREOF

　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date):  March 5, 2019.

　　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail or electronic notification.

　　　If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail.".

Date of Service:  March 5, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jason M. Torf
　　　　　　　　　　　　　　　　　　　　　Jason M. Torf (pro hac vice pending)
　　　　　　　　　　　　　　　　　　　　　John C. Cannizzaro (pro hac vice pending)
　　　　　　　　　　　　　　　　　　　　　ICE MILLER LLP
　　　　　　　　　　　　　　　　　　　　　200 W. Madison Street, Suite 3500
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-3417
　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 726-6244
　　　　　　　　　　　　　　　　　　　　　Email:　　Jason.Torf@icemiller.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Gordon Food Service Inc.*

**Service by NEF**

CSU - OUCTS, PA Labor & Industry
    ra-li-ucts-bankpitts@state.pa.us
Donald R. Calaiaro on behalf of Debtor Lawson Nursing Home, Inc.
    dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com; aheath@c-vlaw.com; kmosur@c-vlaw.com; bhassain@c-vlaw.com; ssimmons@c-vlaw.com; mpeduto@c-vlaw.com
Bryan Devine on behalf of Creditor PCA Mission Pharmacy bdevine@dscslaw.com
Tyler S. Dischinger on behalf of Creditor A/B Nursing Home Self-Insurance Group Trust Fund for Workers' Compensation tyler.dischinger@bipc.com; donna.curcio@bipc.com
Robert J. Donahoe on behalf of Creditor Sugar Creek Rest, Inc. rdonahoe@nauticom.net
Keri P. Ebeck on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com; DMcKay@bernsteinlaw.com
Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
Jeffrey R. Hunt on behalf of Creditor County of Allegheny jhunt@grblaw.com; cnoroski@grblaw.com
David A Jones, Jr on behalf of Creditor Johnson's Pharmaceutical Services DJones@LevicoffLaw.com
John B. Joyce on behalf of Creditor The Huntington National Bank jjoyce@grenenbirsic.com; alentz@grenenbirsic.com
Avrum Levicoff on behalf of Creditor Johnson's Pharmaceutical Services ALevicoff@LevicoffLaw.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
William S. Stickman, IV on behalf of Creditor PCA Mission Pharmacy wstickman@dscslaw.com
Ashley Sweeney Wagner on behalf of Creditor Jefferson Hills Borough awagner@mcgrailassociates.com
Ashley Sweeney Wagner on behalf of Creditor West Jefferson Hills School District awagner@mcgrailassociates.com
Larry E. Wahlquist on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

**Service by First-Class Mail**

Margaret Barajas
PA Long-Term Care Ombudsman
Pennsylvania Department of Aging
555 Walnut Street 5th Floor
Harrisburg, PA 17101

Everest Business Funding
Pryor & Mandelup, LLP
Attn: Anthony F. Giuliano, Esq.
675 Old Country Road
Westbury, NY 11590

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Marlene M. Roach
Accounting Solutions
334 Front Street
Houston, PA 15342