### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| LAWSON NURSING HOME, INC., | Case No. 18-23979-GLT |
| Debtor. | Date and Time of Hearing: April 4, 2019 at 10:00 a.m. |
| GORDON FOOD SERVICE INC., | Response Deadline: March 22, 2019 |
| Applicant, | Document No. 136 |
| v. | |
| LAWSON NURSING HOME, INC., | |
| Respondent. | |

## **ORDER**

**THIS MATTER** having been considered by the Court upon the Application of Gordon Food Service Inc. ("GFS") for Allowance and Payment of Administrative Claim under 11 U.S.C. § 503(b)(9) (the "Application"), due notice thereof having been given to all parties entitled thereto, the Court having determined that its consideration of the Application constitutes a core proceeding as to which this Court may enter a final order, and any objections to the Application having been resolved or overruled, it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that GFS is granted an allowed administrative priority claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $9,883.81 (the "Allowed GFS 503(b)(9) Claim"); and it is further

**ORDERED**, that distributions on the Allowed GFS 503(b)(9) Claim shall be made at the earliest date and at the same percentage as any other allowed 503(b)(9) claims are paid; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to this Order.

_____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge