# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-23979-GLT |
| Lawson Nursing Home, Inc., | ) **Chapter** 11 |
| **Debtor,** | ) |
| Gordon Food Service, Inc., | ) **Related Doc:** 141-136 |
| **Applicant,** | ) **Hearing Date:** 04/04/19 @ 10:00 am |
| **vs.** | ) **Response Date:** 03/22/19 |
| Lawson Nursing Home, Inc., | ) |
| **Respondent**. | ) **Document No.** |

## RESPONSE TO THE APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b) (9)

**AND NOW**, comes the Debtor, Lawson Nursing Home, Inc., by and through its attorneys, Calaiaro Valencik and Donald R. Calaiaro, and respectfully presents the following:

1. Admitted.

2. Admitted.

3. It is admitted that the Movant sold goods to Debtor within the 20 days before the filing of the bankruptcy petition.

4. Admitted.

5. This paragraph contains Movant's summary of 11 U.S.C. § 503(b) (9) and is a conclusion of law that does not require a response under the Federal Rules of Civil Procedure.

6. The Movant is entitled to an administrative claim for the value of the goods provided.

7. This paragraph contains Movant's conclusions of law that do not require a response under the Federal Rules of Civil Procedure. To the extent a response is

required, an allowed unsecured, priority, administrative expense is second to the claims of secured creditors. Movant's allowed, unsecured priority administrative claim will paid in accordance to Debtor's Chapter 11 Liquidating Plan.

8. The Debtor will amend its response if this motion is amended. If the motion is not amended prior to the hearing, the Movant will be bound by the determination and it may not be revised after the matter is adjudicated.

**WHEREFORE,** the Debtor requests this Honorable Court determine the amount of the allowed administrative claim and defer payment until the Plan effective Date when all administrative claims must be paid.

**Respectfully Submitted,**

**Dated:** March 22, 2019

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA 15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-23979-GLT |
| Lawson Nursing Home, Inc., | ) **Chapter** 11 |
| **Debtor,** | ) |
| Gordon Food Service, Inc., | ) **Related Doc:** 141-136 |
| **Applicant,** | ) **Hearing Date:** 04/04/19 @ 10:00 am |
| **vs.** | ) **Response Date:** 03/22/19 |
| Lawson Nursing Home, Inc., | ) |
| **Respondent**. | ) **Document No.** |

### CERTIFICATE OFSERVICE OF RESPONSE TO THE APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM UNDER 11 U.S.C. § 503(b) (9)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on March 22, 2019.

**Service by E-mail**:
Lawson Nursing Home, Inc.; derekglaser@comcast.net
**Service by NEF**:
Jason M. Torf on behalf of Creditor Gordon Food Service; jason.torf@icemiller.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** March 22, 2019     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**