Case 18-23979-GLT    Doc 178    Filed 04/01/19    Entered 04/01/19 16:08:46    Desc Main
Document    Page 1 of 2

FILED
4/1/19 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LAWSON NURSING HOME, INC.,<br><br>Debtor.<br><br>---<br><br>GORDON FOOD SERVICE INC.,<br><br>Applicant,<br><br>v.<br><br>LAWSON NURSING HOME, INC.,<br><br>Respondent. | Chapter 11<br><br>Case No. 18-23979-GLT<br><br>Date and Time of Hearing:<br>April 4, 2019 at 10:00 a.m.<br><br>Response Deadline:<br>March 22, 2019<br><br>Document No. 136 & 174 |

## ORDER

**THIS MATTER** having been considered by the Court upon the Application of Gordon Food Service Inc. ("GFS") for Allowance and Payment of Administrative Claim under 11 U.S.C. § 503(b)(9) (the "Application") and the responses filed by the Debtor and The Huntington National Bank ("HNB"), it is hereby:

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that GFS is granted an allowed administrative priority claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $9,883.81 (the "Allowed GFS 503(b)(9) Claim"), which is junior to HNB's secured claim; and it is further

**ORDERED**, that distributions on the Allowed GFS 503(b)(9) Claim shall be paid at the earliest of: (1) if a plan is confirmed, after confirmation of the plan pursuant to the terms of the confirmed plan, or (2) at the same time and at the same percentage as any other allowed 503(b)(9) claims are paid; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to this Order.

BY THE COURT:

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

DATED: April 01, 2019

APPROVED AND CONSENTED TO BY:

Donald R. Calaiaro, Esquire
CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219-1621
(412) 232-0930
dcalaiaro@c-vlaw.com
Counsel for the Debtor

Andrew G. Dittoe, Esquire
GRENEN & BIRSIC, P.C.
One Gateway Center, 9th Floor
Pittsburgh, PA 15222
(412) 281-7650
adittoe@grenenbirsic.com
*Counsel for The Huntington National Bank*

Jason M. Torf, Esquire
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606-3417
(312) 726-6244
Jason.Torf@icemiller.com
*Counsel for Gordon Food Service Inc.*

2