FILED
6/21/19 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 18-23979-GLT |
| : | Chapter 11 |
| **LAWSON NURSING HOME, INC.**, : | |
| : | |
| *Debtor*. : | Related to Dkt. Nos. 235, 245, 247, 249 |
| : | |

# ORDER

This matter was before the Court on June 20, 2019 for a status conference. For the reasons set forth on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The United States Trustee is directed to appoint a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a).

2. To the extent necessary to prevent irreparable harm to creditors or the bankruptcy estate, the United States Trustee is authorized, but not directed, to immediately appoint an interim chapter 11 trustee, including a panel trustee, to serve as chapter 11 trustee pending the selection and appointment of a permanent chapter 11 trustee.

ENTERED at Pittsburgh, Pennsylvania.

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Dated: June 20, 2019

Case administrator to mail to:
All Parties