# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* | Bankruptcy Case No: 18-23979-GLT |
| LAWSON NURSING HOME, INC.,[1] | Chapter 11 |
| *Debtor.* | |
| WILLIAM G. KRIEGER, CHAPTER 11 TRUSTEE OF LAWSON NURSING HOME, INC., | Docket No. |
| *Movant,* | Related Docket Nos. 242, 243, 258, 268, 314, 316, and 328 |
| v. | |
| THE HUNTINGTON NATIONAL BANK, JOHNSON PHARMACEUTICAL SERVICES, INC., BFS CAPITAL, BRIDGEPORT CAPITAL FUNDING, LLC, EVEREST BUSINESS FUNDING, ALLEGHENY COUNTY TREASURER, WEST JEFFERSON HILLS SCHOOL DISTRICT, JEFFERSON HILLS BOROUGH, COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, PENNSYLVANIA DEPARTMENT OF HEALTH, INTERNAL REVENUE SERVICE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE AND MEDICAID SERVICES,  THE OFFICE OF THE UNITED STATES TRUSTEE, BANK DIRECT CAPITAL FINANCE, COFACTOR, LLC, ATLAS ACQUISITIONS, LLC, ACCELERATED CARE PLUS LEASING, INC., AND RICOH USA, INC. | Hearing Date & Time: September 27, 2019 at 10:00 a.m. (prevailing Eastern Time)<br><br>Response Date: September 20, 2019 by 4:00 p.m. (prevailing Eastern Time) |
| *Respondents.* | |

---

[1] The Debtor in this case along with the last four digits of its federal tax identification number is Lawson Nursing Home, Inc. (5754)

1

# NOTICE OF DESIGNATION OF JEFFERSON HILLS HOLDINGS, LLC AS STALKING HORSE BIDDER

NOTICE IS HEREBY GIVEN that pursuant to paragraph D of the *Order: (I) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets; (II) Authorizing and Scheduling an Auction: (III) Scheduling Hearing for Approval of the Sale of Assets Free and Clear of Liens, Claims and Encumbrances and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; (IV) Approving Certain Deadlines and the Form, Manner, and Sufficiency of Notice; and (V) Granting other Related Relief* [Dk. No. 328] (the "Bid Procedures Order"), the Chapter 11 Trustee has selected Jefferson Hills Holdings, LLC as the Stalking Horse Bidder for the sale of substantially all of the Debtor's assets (the "Stalking Horse Bidder").

Pursuant to Section VII of the bid procedures attached as Exhibit 1 to the Bid Procedures Order (the "Bid Procedures"), the Stalking Horse Bidder is a Qualified Bidder (as that term is defined in the Bid Procedures).

The terms and conditions of the Stalking Horse Bidder's bid are contained in the Stalking Horse APA (as that term is defined in the Bid Procedures) attached to this Notice as Exhibit A and incorporated by reference as if fully set forth herein.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By: */s/ John M. Steiner*
John M. Steiner, Esq.
PA ID No. 79390
Crystal Thornton-Illar, Esq.
PA ID No. 93003
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
(412) 261-1600 (Phone)
(412- 227-5551 (Fax)
jsteiner@leechtishman.com
cthornton-illar@leechtishman.com

*Counsel for William G. Krieger, the Chapter 11 Trustee of Lawson Nursing Home, Inc.*