# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* <br><br> LAWSON NURSING HOME, INC.,[1] <br><br>     *Debtor.* | Bankruptcy Case No: 18-23979-GLT <br><br> Chapter 11 |
| WILLIAM G. KRIEGER, CHAPTER 11 TRUSTEE OF LAWSON NURSING HOME, INC., <br><br>     *Movant,* <br> v. <br><br> THE HUNTINGTON NATIONAL BANK, JOHNSON PHARMACEUTICAL SERVICES, INC., BFS CAPITAL, BRIDGEPORT CAPITAL FUNDING, LLC, EVEREST BUSINESS FUNDING, ALLEGHENY COUNTY TREASURER, WEST JEFFERSON HILLS SCHOOL DISTRICT, JEFFERSON HILLS BOROUGH, COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, PENNSYLVANIA DEPARTMENT OF HEALTH, INTERNAL REVENUE SERVICE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE AND MEDICAID SERVICES, THE OFFICE OF THE UNITED STATES TRUSTEE, BANK DIRECT CAPITAL FINANCE, COFACTOR, LLC, ATLAS ACQUISITIONS, LLC, ACCELERATED CARE PLUS LEASING, INC., AND RICOH USA, INC. <br><br>     *Respondents.* | Docket No. <br><br> Related Docket Nos. 242, 243, 258, 268, 314, 316 and 328 <br><br> Hearing Date & Time: September 27, 2019 at 10:00 a.m. (prevailing Eastern Time) <br><br> Response Date: September 20, 2019 by 4:00 p.m. (prevailing Eastern Time) |

---

[1] The Debtor in this case along with the last four digits of its federal tax identification number is Lawson Nursing Home, Inc. (5754)

1

# NOTICE OF CANCELLATION OF AUCTION

NOTICE IS HEREBY GIVEN that the Auction scheduled for September 26, 2019, in accordance with the *Order: (I) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets; (II) Authorizing and Scheduling an Auction; (III) Scheduling Hearing for Approval of the Sale of Assets Free and Clear of Liens, Claims and Encumbrances and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; (IV) Approving Certain Deadlines and the Form, Manner, and Sufficiency of Notice; and (V) Granting other Related Relief* [Dk. No. 328] (the "Bid Procedures Order"), is Cancelled.

On August 13, 2019, pursuant to the Bid Procedures Order, the Chapter 11 Trustee selected Jefferson Hills Holdings, LLC as the Stalking Horse Bidder for the sale of substantially all of the Debtor's assets (the "Stalking Horse Bidder").

Pursuant to Section VII of the bid procedures attached as Exhibit 1 to the Bid Procedures Order (the "Bid Procedures"), the Stalking Horse Bidder is a Qualified Bidder (as that term is defined in the Bid Procedures).

The terms and conditions of the Stalking Horse Bidder's bid were contained in the Stalking Horse APA (as that term is defined in the Bid Procedures) and attached to the Notice of Designation of Stalking Horse Bidder filed by the Chapter 11 Trustee on August 13, 2019, as Exhibit A [Dk. No. 351].

Pursuant to Section VII of the Bid Procedures, the Bid Deadline (as that term is defined in the Bid Procedures) was September 24, 2019 at 4:00 p.m. (Eastern Prevailing Time).

The Chapter 11 Trustee did not receive any additional Qualified Bids (as that term is defined in the Bid Procedures) by the Bid Deadline.

Accordingly, pursuant to Section IX of the Bid Procedures, the Chapter 11 Trustee is providing notice that he has cancelled the Auction, declared the Stalking Horse Bidder to be the Successful Bidder and intends to proceed to the Sale Hearing (as that term is defined in the Bid Procedures) with the Stalking Horse Bidder as the Successful Bidder.

[SIGNATURE PAGE TO FOLLOW]

Date: <u>September 26, 2019</u>　　　　　　　　LEECH TISHMAN FUSCALDO & LAMPL, LLC

　　　　　　　　　　　　　　　　　　　　　By: */s/ John M. Steiner*
　　　　　　　　　　　　　　　　　　　　　John M. Steiner, Esq.
　　　　　　　　　　　　　　　　　　　　　PA ID No. 79390
　　　　　　　　　　　　　　　　　　　　　Crystal Thornton-Illar, Esq.
　　　　　　　　　　　　　　　　　　　　　PA ID No. 93003
　　　　　　　　　　　　　　　　　　　　　525 William Penn Place
　　　　　　　　　　　　　　　　　　　　　28th Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　(412) 261-1600 (Phone)
　　　　　　　　　　　　　　　　　　　　　(412- 227-5551 (Fax)
　　　　　　　　　　　　　　　　　　　　　jsteiner@leechtishman.com
　　　　　　　　　　　　　　　　　　　　　cthornton-illar@leechtishman.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for William G. Krieger, the Chapter 11 Trustee of Lawson Nursing Home, Inc.*