# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: aala | Date Created: 9/27/2019 |
| Case: 18–23979–GLT | Form ID: pdf900 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Crystal H. Thornton–Illar     cThornton–Illar@leechtishman.com
aty     Jason M. Torf     jason.torf@icemiller.com
aty     John M. Steiner     jsteiner@leechtishman.com

TOTAL: 3