# IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAWSON NURSING HOME, INC.,[1] ) | Bankruptcy Case No. 18-23979-GLT |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |
| _____ ) | |
| ) | Related Docket No.: 242, 314 & 408 |
| WILLIAM G. KRIEGER, Chapter 11 ) | |
| Trustee of Lawson Nursing Home, Inc., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| THE HUNTINGTON NATIONAL BANK, ) | |
| ALLEGHENY COUNTY TREASURER, ) | |
| BFS CAPITAL, BRIDGEPORT CAPITAL ) | |
| FUNDING, LLC, PENNSYLVANIA ) | |
| DEPARTMENT OF REVENUE, WEST ) | |
| JEFFERSON HILLS SCHOOL DISTRICT, ) | |
| EVEREST BUSINESS FUNDING, ) | |
| ATLAS ACQUISITION, LLC, ) | |
| JOHNSON PHARMACEUTICAL ) | |
| SERVICES, INC., JEFFERSON HILLS ) | |
| BOROUGH, BANK DIRECT ) | |
| CAPTIAL FINANCE, PENNSYLVANIA ) | |
| DEPARTMENT OF HUMAN SERVICES, ) | |
| PENNSYLVANIA DEPARTMENT OF ) | |
| HEALTH, INTERNAL REVENUE ) | |
| SERVICE, COFACTOR, LLC, ) | |
| ACCELERATED CARE PLUS LEASING ) | |
| INC., RICOH USA INC., and THE OFFICE) | |
| OFFICE OF THE UNITED STATES ) | |
| TRUTSEE, ) | |
| ) | |
| Respondents. ) | |

---

[1] The Debtor in this case along with the last four digits of its federal tax identification number is Lawson Nursing Home, Inc. (5754)

1

## **REPORT OF SALE PURSUANT TO W.PA.LBR. 6004-1(c)(4)**

AND NOW this 11th day of November 2019, comes William G. Krieger, the Chapter 11 Trustee of Lawson Nursing Home, Inc. (the "Chapter 11 Trustee"), by and through his undersigned counsel and files this Report of Sale pursuant to that certain Order (A) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and Interests entered by this Court on September 27, 2019 at Docket No. 408 (the "Sale Order"), setting forth as follows:

1. On July 25, 2019, the Chapter 11 Trustee filed his Motion for Order (A) Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and Interests at Docket No. 314 (the "Sale Motion").

2. After notice and hearing held on September 27, 2019 (the "Sale Hearing"), this Court entered the Sale Order.

3. Pursuant to the Sale Order, Jefferson Hills Holdings, LLC, ("Jefferson Hills Holdings") was found to have made the highest and best offer for the assets in the amount of $1,800,000 (the "Purchase Price"), and the sale of the assets was approved to Jefferson Hills Holding in accordance with the terms and conditions of the Sale Order and that certain asset purchase agreement by and between Jefferson Hills Holding and the Chapter 11 Trustee and attached to the Sale Order as Exhibit A (the "APA").

4. Pursuant to the Sale Order, closing was to have occurred on the sale with Jefferson Hills Holdings within thirty (30) days of entry of the Sale Order (the "Closing Date") unless such Closing Date was extended by the written agreement of Jefferson Hills Holdings and the Chapter 11 Trustee.

5.	On October 28, 2019, the Chapter 11 Trustee and Jefferson Hills Holding closed on the sale (the "Closing").

6.	Attached hereto as Exhibit "A" to this Report of Sale is the Settlement Statement providing an itemization of the distribution of funds and closing payments made at the Closing (the "Closing Payments").

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: November 11, 2019

By: /s/ John M. Steiner
John M. Steiner (Pa. I.D. No. 79390)
Crystal H. Thornton-Illar (Pa. I.D. No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
(412) 261-1600 (Phone)
(412) 227-5551 (Fax)
jsteiner@lechtishman.com
cthornton-illar@leechtishman.com