## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAWSON NURSING HOME, INC.,[1] ) | Bankruptcy Case No. 18-23979-GLT |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ──────────────────────────── ) | Related Docket No.: 242, 314 & 408 |
| ) | |
| WILLIAM G. KRIEGER, Chapter 11 ) | |
| Trustee of Lawson Nursing Home, Inc., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| THE HUNTINGTON NATIONAL BANK, ) | |
| ALLEGHENY COUNTY TREASURER, ) | |
| BFS CAPITAL, BRIDGEPORT CAPITAL ) | |
| FUNDING, LLC, PENNSYLVANIA ) | |
| DEPARTMENT OF REVENUE, WEST ) | |
| JEFFERSON HILLS SCHOOL DISTRICT, ) | |
| EVEREST BUSINESS FUNDING, ) | |
| ATLAS ACQUISITION, LLC, ) | |
| JOHNSON PHARMACEUTICAL ) | |
| SERVICES, INC., JEFFERSON HILLS ) | |
| BOROUGH, BANK DIRECT ) | |
| CAPTIAL FINANCE, PENNSYLVANIA ) | |
| DEPARTMENT OF HUMAN SERVICES, ) | |
| PENNSYLVANIA DEPARTMENT OF ) | |
| HEALTH, INTERNAL REVENUE ) | |
| SERVICE, COFACTOR, LLC, ) | |
| ACCELERATED CARE PLUS LEASING ) | |
| INC., RICOH USA INC., and THE OFFICE) | |
| OFFICE OF THE UNITED STATES ) | |
| TRUTSEE, ) | |
| ) | |
| Respondents. ) | |

**EXHIBIT "A" TO REPORT OF SALE PURSUANT TO W.PA.LBR. 6004-1(c)(4)**

---

[1] The Debtor in this case along with the last four digits of its federal tax identification number is Lawson Nursing Home, Inc. (5754)

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>SETTLEMENT STATEMENT | B. TYPE OF LOAN: |
|---|---|
| | 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. |
| | 6. FILE NUMBER: LAWSON NH-MP-2019 |
| | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

10  3/95  (LAWSON NH-MP-2019.PFD/LAWSON NH-MP-2019/44)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Jefferson Hills Holdings, LLC | William G Krieger Chapter 11 Trustee of Lawson Nursing Home, Inc.<br>420 Fort Duquesne Blvd, Ste 525<br>Pittsburgh, PA 15222-1402 | |

| G. PROPERTY LOCATION:<br>540 Coal Valley Rd #2<br>Clairton, PA 15025<br>Allegheny County, Pennsylvania | H. SETTLEMENT AGENT:<br>Mid-Penn Abstract Company<br>PLACE OF SETTLEMENT<br>355 North 21st Street, Suite 205<br>Camp Hill, PA 17011 | I. SETTLEMENT DATE:<br>October 28, 2019 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 1,800,000.00 | 401. Contract Sales Price | 1,800,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 33,506.15 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. School Taxes  10/29/19 to 01/01/20 | 4,232.52 | 406. School Taxes  10/29/19 to 01/01/20 | 4,232.52 |
| 107. Borough Taxes  10/29/19 to 01/01/20 | 1,116.99 | 407. Borough Taxes  10/29/19 to 01/01/20 | 1,116.99 |
| 108. County Taxes  10/29/19 to 01/01/20 | 933.46 | 408. County Taxes  10/29/19 to 01/01/20 | 933.46 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 1,839,789.12 | 420. GROSS AMOUNT DUE TO SELLER | 1,806,282.97 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 1,235,378.20 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. School Taxes  to | | 510. School Taxes  to | |
| 211. Borough Taxes  to | | 511. Borough Taxes  to | |
| 212. County Taxes  to | | 512. County Taxes  to | |
| 213. PTO Outstanding | 83,896.95 | 513. PTO Outstanding | 83,896.95 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 183,896.95 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 1,319,275.15 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 1,839,789.12 | 601. Gross Amount Due To Seller (Line 420) | 1,806,282.97 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 183,896.95) | 602. Less Reductions Due Seller (Line 520) | ( 1,319,275.15) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 1,655,892.17 | 603. CASH ( X TO ) ( FROM ) SELLER | 487,007.82 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower  Jefferson Hills Holdings, LLC, a Delaware limited liability company

BY:_____

Seller  Lawson Nursing Home, Inc.

BY: _William Krieger_

Page 2

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price   $   @   % | | | |
| Division of Commission (line 700) as Follows: | | | |
| 701. $   to | | | |
| 702. $   to | | | |
| 703. Commission Paid at Settlement | | | |
| 704.   to | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee   1.0000 %   to | | | |
| 802. Loan Discount   %   to | | | |
| 803. Appraisal Fee   to | | | |
| 804. Credit Report   to | | | |
| 805. Lender's Inspection Fee   to | | | |
| 806. Mortgage Ins. App. Fee   to | | | |
| 807. Assumption Fee   to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From   to   @  $   /day   (   days   %) | | | |
| 902. MIP Totlns. for LifeOfLoan   for   months to | | | |
| 903. Hazard Insurance Premium for   1.0 years to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance   months @ $   per month | | | |
| 1002. Mortgage Insurance   months @ $   per month | | | |
| 1003. School Taxes   months @ $   per month | | | |
| 1004. Borough Taxes   months @ $   per month | | | |
| 1005. County Taxes   months @ $   per month | | | |
| 1006.   months @ $   per month | | | |
| 1007.   months @ $   per month | | | |
| 1008.   months @ $   per month | | | |
| 1100. TITLE CHARGES | | | |
| 1101. Legal Fees   to Capozzi Adler, PC | | 14,000.00 | |
| 1102. Abstract or Title Search   to | | | |
| 1103. Title Certificate   to | | | |
| 1104. Title Inaurance Binder   to | | | |
| 1105. Deed Preparation   to | | | |
| 1106. Notary Fees   to Capozzi Adler, P.C. | | 20.00 | |
| 1107. Attorney's Fees   to | | | |
| (includes above item numbers:   ) | | | |
| 1108. Title Insurance   to First American Title Insurance Company | | 8,321.00 | |
| (includes above item numbersEndorsements 100, 300 & 8.1   ) | | | |
| 1109. Lender's Coverage   $ | | | |
| 1110. Owner's Coverage   $   1,800,000.00   8,321.00 | | | |
| 1111. Endorsements   to Mid-Penn Abstract Company | | 5,128.40 | |
| 1112. Closing Protection Letter   to First American Title Insurance Company | | 125.00 | |
| 1113. Corporate Lien Certificate   to Mid-Penn Abstract Company | | | 2.00 |
| 1114.   Mid-Penn Abstract Company | | | |
| 1115. | | | |
| 1116. | | | |
| 1117. Disbursement Charges | | | |
| 1118.   Mid-Penn Abstract Company | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees: Deed $ 166.75; Mortgage $   ;   Releases $ | | 166.75 | |
| 1202. City/County Tax/Stamps: Deed   0.00; Mortgage | | | |
| 1203. State Tax/Stamps:   0.00; Mortgage | | | |
| 1204.   Mid-Penn Recording | | | |
| 1205.   Mid-Penn Recording | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey   to | | | |
| 1302. Pest Inspection   to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. See addit'l disb. exhibit   to | | 5,745.00 | 1,235,376.20 |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | 33,506.15 | 1,235,378.20 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Mid-Penn Abstract Company, Settlement Agent

Certified to be a true copy.

**HUD-1, Page 3**

Borrower(s): Jefferson Hills Holdings, LLC, a
Delaware limited liability company

Seller(s): Lawson Nursing Home, Inc.
420 Fort Duquesne Blvd, Ste 525
Pittsburgh, PA 15222-1402

Settlement Agent: Mid-Penn Abstract Company
(717)234-3289
Place of Settlement: 355 North 21st Street, Suite 205
Camp Hill, PA 17011
Settlement Date: October 28, 2019
Property Location: 540 Coal Valley Rd #2
Clairton, PA 15025
Allegheny County, Pennsylvania

## Additional Disbursements

| Payee/Description | Note/Ref No. | Borrower | Seller |
|---|---|---|---|
| Allegheny County Treasurer 2019 County Tax | 878 053207 | | 5,909.22 |
| Josephine Lipnicky, TC 2019 Borough Tax | 560-E-150 | | 6,370.33 |
| Josephin Lipnicky, TC 2019 School Tax | 560-E-150 | | 24,138.60 |
| Law Offices of McGrail & Associates, LLC Delinq Borough Tax | 0560-E-00150 | | 18,682.79 |
| Law Offices of McGrail & Associates, LLC Delinq School Tax | 0560-E-00150 | | 66,962.65 |
| Jordan Tax Service, Inc. Delinq County Tax | 560-E-150 | | 24,098.01 |
| CreSurveys Survey | Project 19-4401 | 5,745.00 | |
| Mid-Penn Abstract Co. Tax Certifications/Lien Letter | | | 200.00 |
| Borough of Jefferson Hills Dye Test Escrow | POC:S3200.00 | | 3,200.00 |
| Huntington National Bank Payment-$634,330.11 Loan | | | 545,958.77 |

| Loan Payoff | 545,786.50 | As of 10/28/19 | |
| Total Additional Interest | 172.27 | 2 days @ | 86.132790 Per Diem |
| **Total Payoff** | **545,958.77** | | |

| Huntington National Bank Payment-$100,000 Loan | | | 106,706.11 |
|---|---|---|---|

| Loan Payoff | 106,672.78 | As of 10/28/19 | |
| Total Additional Interest | 33.33 | 2 days @ | 16.666670 Per Diem |
| **Total Payoff** | **106,706.11** | | |

| Huntington National Bank Payment-$200,000 LoC | | | 202,503.20 |
|---|---|---|---|

| Loan Payoff | 202,436.53 | As of 10/28/19 | |
| Total Additional Interest | 66.67 | 2 days @ | 33.333330 Per Diem |
| **Total Payoff** | **202,503.20** | | |

| Grenen & Birsic, P.C. Payment-Attorney Fees | #18-23979-GLT | | 123,666.55 |
|---|---|---|---|
| Johnson's Pharmaceutical Services, Inc. Payment-Judgment | | | 67,536.93 |
| Commonwealrth of PA Dept of Revenue Payment-Judgment | LP056017 | | 103.13 |
| PA Municipal Service Co. Sewer Payment | 560-E-150 | | 39,529.91 |

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(LAWSON NH-MP-2019.PFD/LAWSON NH-MP-2019/44)

HUD-1, Page 3 - Continued

| | | |
|---|---|---|
| Mid-Penn Abstract Co. | | 3,000.00 |
| Final Sewer Escrow | 10/12--10/28 | |
| Total Additional Disbursements shown on Line 1305 | $ 5,745.00 | $ 1,235,376.20 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Jefferson Hills Holdings, LLC, a Delaware limited liability company

BY:_____

Lawson Nursing Home, Inc.

BY: *William [signature]*

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(LAWSON NH-MP-2019.PFD/LAWSON NH-MP-2019/44)

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN: | |
|---|---|---|
| | 1. ☐ FHA   2. ☐ FmHA   3. ☐ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS. | |
| | 6. FILE NUMBER: LAWSON NH-MP-2019 | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (LAWSON NH-MP-2019.PFD/LAWSON NH-MP-2019/44)

| D. NAME AND ADDRESS OF BORROWER: Jefferson Hills Holdings, LLC | E. NAME AND ADDRESS OF SELLER: William G Krieger Chapter 11 Trustee of Lawson Nursing Home, Inc. 420 Fort Duquesne Blvd, Ste 525 Pittsburgh, PA 15222-1402 | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| G. PROPERTY LOCATION: 540 Coal Valley Rd #2 Clairton, PA 15025 Allegheny County, Pennsylvania | H. SETTLEMENT AGENT: Mid-Penn Abstract Company  PLACE OF SETTLEMENT 355 North 21st Street, Suite 205 Camp Hill, PA 17011 | I. SETTLEMENT DATE: October 28, 2019 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 1,800,000.00 | 401. Contract Sales Price | 1,800,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 33,506.15 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. School Taxes   10/29/19 to 01/01/20 | 4,232.52 | 406. School Taxes   10/29/19 to 01/01/20 | 4,232.52 |
| 107. Borough Taxes   10/29/19 to 01/01/20 | 1,116.99 | 407. Borough Taxes   10/29/19 to 01/01/20 | 1,116.99 |
| 108. County Taxes   10/29/19 to 01/01/20 | 933.46 | 408. County Taxes   10/29/19 to 01/01/20 | 933.46 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 1,839,789.12 | 420. GROSS AMOUNT DUE TO SELLER | 1,806,282.97 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 1,235,378.20 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. School Taxes   to | | 510. School Taxes   to | |
| 211. Borough Taxes   to | | 511. Borough Taxes   to | |
| 212. County Taxes   to | | 512. County Taxes   to | |
| 213. PTO Outstanding | 83,896.95 | 513. PTO Outstanding | 83,896.95 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 183,896.95 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 1,319,275.15 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 1,839,789.12 | 601. Gross Amount Due To Seller (Line 420) | 1,806,282.97 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 183,896.95) | 602. Less Reductions Due Seller (Line 520) | ( 1,319,275.15) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 1,655,892.17 | 603. CASH ( X TO ) ( FROM ) SELLER | 487,007.82 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower   Jefferson Hills Holdings, LLC, a Delaware limited liability company
BY: _____

Seller   Lawson Nursing Home, Inc.
BY: _____

Page 2

| L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $    @    % | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee    1.0000 % | to | | | |
| 802. Loan Discount    % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Ins. App. Fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From    to    @ $     /day  (    days    %) | | | | |
| 902. MIP TotIns. for LifeOfLoan    for    months to | | | | |
| 903. Hazard Insurance Premium for    1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | | months @ $    per month | | |
| 1002. Mortgage Insurance | | months @ $    per month | | |
| 1003. School Taxes | | months @ $    per month | | |
| 1004. Borough Taxes | | months @ $    per month | | |
| 1005. County Taxes | | months @ $    per month | | |
| 1006. | | months @ $    per month | | |
| 1007. | | months @ $    per month | | |
| 1008. | | months @ $    per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Legal Fees | to Capozzi Adler, PC | | 14,000.00 | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Certificate | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Deed Preparation | to | | | |
| 1106. Notary Fees | to Capozzi Adler, P.C. | | 20.00 | |
| 1107. Attorney's Fees | to | | | |
| (includes above item numbers: | | | ) | |
| 1108. Title Insurance | to First American Title Insurance Company | | 8,321.00 | |
| (includes above item numbersEndorsements 100, 300 & 8.1 | | | ) | |
| 1109. Lender's Coverage | $ | | | |
| 1110. Owner's Coverage | $    1,800,000.00 | 8,321.00 | | |
| 1111. Endorsements | to Mid-Penn Abstract Company | | 5,128.40 | |
| 1112. Closing Protection Letter | to First American Title Insurance Company | | 125.00 | |
| 1113. Corporate Lien Certificate | to Mid-Penn Abstract Company | | | 2.00 |
| 1114. | Mid-Penn Abstract Company | | | |
| 1115. | | | | |
| 1116. | | | | |
| 1117. Disbursement Charges | | | | |
| 1118. | Mid-Penn Abstract Company | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $    166.75; Mortgage $    Releases $ | | | 166.75 | |
| 1202. City/County Tax/Stamps: Deed    0.00; Mortgage | | | | |
| 1203. State Tax/Stamps:    0.00; Mortgage | | | | |
| 1204. | Mid-Penn Recording | | | |
| 1205. | Mid-Penn Recording | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. See addit'l disb. exhibit | to | | 5,745.00 | 1,235,376.20 |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 33,506.15 | 1,235,378.20 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Mid-Penn Abstract Company, Settlement Agent

Certified to be a true copy.

(LAWSON NH-MP-2019 / LAWSON NH-MP-2019 /44)

| HUD-1, Page 3 |
|---|

Borrower(s): Jefferson Hills Holdings, LLC, a
Delaware limited liability company

Seller(s): Lawson Nursing Home, Inc.
420 Fort Duquesne Blvd, Ste 525
Pittsburgh, PA 15222-1402

Settlement Agent: Mid-Penn Abstract Company
(717)234-3289
Place of Settlement: 355 North 21st Street, Suite 205
Camp Hill, PA 17011
Settlement Date: October 28, 2019
Property Location: 540 Coal Valley Rd #2
Clairton, PA 15025
Allegheny County, Pennsylvania

### Additional Disbursements

| Payee/Description | | Note/Ref No. | | Borrower | Seller |
|---|---|---|---|---|---|
| Allegheny County Treasurer 2019 County Tax | | 878 05320 7 | | | 5,909.22 |
| Josephine Lipnicky, TC 2019 Borough Tax | | 560-E-150 | | | 6,370.33 |
| Josephin Lipnicky, TC 2019 School Tax | | 560-E-150 | | | 24,138.60 |
| Law Offices of McGrail & Associates, LLC Delinq Borough Tax | | 0560-E-00150 | | | 18,692.79 |
| Law Offices of McGrail & Associates, LLC Delinq School Tax | | 0560-E-00150 | | | 66,962.65 |
| Jordan Tax Service, Inc. Delinq County Tax | | 560-E-150 | | | 24,098.01 |
| CreSurveys Survey | | Project 19-4401 | | 5,745.00 | |
| Mid-Penn Abstract Co. Tax Certifications/Lien Letter | | | | | 200.00 |
| Borough of Jefferson Hills Dye Test Escrow | | POC:$3200.00 | | | 3,200.00 |
| Huntington National Bank Payment-$634,330.11 Loan | | | | | 545,958.77 |
| Loan Payoff | 545,786.50 | As of 10/28/19 | | | |
| Total Additional Interest | 172.27 | 2    days @ | 86.132790 Per Diem | | |
| **Total Payoff** | 545,958.77 | | | | |
| Huntington National Bank Payment-$100,000 Loan | | | | | 106,706.11 |
| Loan Payoff | 106,672.78 | As of 10/28/19 | | | |
| Total Additional Interest | 33.33 | 2    days @ | 16.666670 Per Diem | | |
| **Total Payoff** | 106,706.11 | | | | |
| Huntington National Bank Payment-$200,000 LoC | | | | | 202,503.20 |
| Loan Payoff | 202,436.53 | As of 10/28/19 | | | |
| Total Additional Interest | 66.67 | 2    days @ | 33.333330 Per Diem | | |
| **Total Payoff** | 202,503.20 | | | | |
| Grenen & Birsic, P.C. Payment-Attorney Fees | | #18-23979-GLT | | | 123,666.55 |
| Johnson's Pharmaceutical Services, Inc. Payment-Judgment | | | | | 67,536.93 |
| Commonwealrth of PA Dept of Revenue Payment-Judgment | | LP056017 | | | 103.13 |
| PA Municipal Service Co. Sewer Payment | | 560-E-150 | | | 39,529.91 |

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(LAWSON NH-MP-2019.PFD/LAWSON NH-MP-2019/44)

HUD-1, Page 3 - Continued

| | | | |
|---|---|---|---|
| Mid-Penn Abstract Co. | | | 3,000.00 |
| Final Sewer Escrow | 10/12--10/28 | | |
| Total Additional Disbursements shown on Line 1305 | | $ 5,745.00 | $ 1,235,376.20 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Jefferson Hills Holdings, LLC, a Delaware limited liability company

BY: _____

Lawson Nursing Home, Inc.

BY: _____

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(LAWSON NH-MP-2019.PFD/LAWSON NH-MP-2019/44)