FILED
12/17/21 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAWSON NURSING HOME, INC., ., .,[1] | ) | Bankruptcy Case No. 18-23979-GLT |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | Related Docket No.: |
| WILLIAM G. KRIEGER, Chapter 11 | ) | |
| Trustee of Lawson Nursing Home, Inc., | ) | |
| | ) | Hearing Date & Time: Dec. 16, 2021 at |
| | ) | 9:30 a.m. |
| v. | ) | Response Date: Dec. 6, 2021 |
| | ) | |
| THE HUNTINGTON NATIONAL BANK, | ) | |
| ALLEGHENY COUNTY TREASURER, | ) | |
| BFS CAPITAL, BRIDGEPORT CAPITAL | ) | |
| FUNDING, LLC, PENNSYLVANIA | ) | |
| DEPARTMENT OF REVENUE, WEST | ) | |
| JEFFERSON HILLS SCHOOL DISTRICT, | ) | Related to Docket No. 625 |
| EVEREST BUSINESS FUNDING, | ) | |
| ATLAS ACQUISITION, LLC, | ) | |
| JOHNSON PHARMACEUTICAL | ) | |
| SERVICES, INC., JEFFERSON HILLS | ) | |
| BOROUGH, BANK DIRECT | ) | |
| CAPTIAL FINANCE, PENNSYLVANIA | ) | |
| DEPARTMENT OF HUMAN SERVICES, | ) | |
| PENNSYLVANIA DEPARTMENT OF | ) | |
| HEALTH, INTERNAL REVENUE | ) | |
| SERVICE, COFACTOR, LLC, | ) | |
| ACCELERATED CARE PLUS LEASING | ) | |
| INC., RICOH USA INC., COMCAST, | ) | |
| DUQUESNE LIGHT, GORDON FOOD | ) | |
| SERVICE, PA AMERICAN WATER, | ) | |
| COMMONWEALTH OF PA UCTS, | ) | |
| PEOPLES NATURAL GAS, and | ) | |
| OFFICE OF THE UNITED STATES | ) | |
| TRUTSEE, | ) | |
| | ) | |
| Respondents. | ) | |

---

[1] The Debtor in this case along with the last four digits of its federal tax identification number is Lawson Nursing Home, Inc. (5754)

## **ORDER**

AND NOW, this 17th Day of December, 2021, upon consideration of the Chapter 11 Trustee's (the "Chapter 11 Trustee") Motion for entry of an order Authorizing the Distribution of Estate Funds and the Dismissal of the Bankruptcy Case (the "Motion"), it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is Granted; and it is further

ORDERED, ADJUDGED, and DECREED that the bankruptcy estate is administratively insolvent; it is further

ORDERED, ADJUDGED and DECREED that the Chapter 11 Trustee is authorized to distribute to Gleason & Associates the sum of $5,000 for the purpose of paying for final tax returns and U.S. Trustee Fees;

ORDERED, ADJUDGED, and DECREED that the Chapter 11 Trustee is authorized to the make the distribution set forth on Exhibit "A" (the "Distribution") attached hereto; and it is further

ORDERED, ADJUDGED, and DECREED that if an administrative claimant fails to negotiate a Distribution check within sixty (60) days of mailing, the Chapter 11 Trustee will take reasonable steps to locate that creditor.  If the Chapter 11 Trustee is unable to do so, the Chapter 11 Trustee will perform a subsequent distribution on a pro rata basis to the other chapter 11 administrative creditors; and it is further

ORDERED, ADJUDGED, and DECREED that the Chapter 11 Trustee will file a Report of Distribution (the "Report of Distribution") indicating the name of the administrative creditor and amount distributed; and it is further

ORDERED, ADJUDGED, and DECREED that once the Report of Distribution is filed, the Court will dismiss the Bankruptcy Case, but all prior orders of this Court remain in full force

and effect and survive the dismissal of the Bankruptcy Case, including but not limited to any order avoiding transfers or liens notwithstanding Section 349 of the Bankruptcy Code.

Prepared by John M. Steiner

Date: December 17, 2021

BY THE COURT:

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

**AMENDED EXHIBIT "A" Proposed Distributions**

|  |  |  |  |  |
|---|---|---|---|---|
| Cash on Hand |  |  | $ | 432,936.94 |
| Plus: | Anticipated A/R collection/settlment on account |  | $ | 10,000.00 |
| Less: | Reserve for Tax Returns and U.S.T. Fees to be distributed to Gleason & Associates | $ | (5,000.00) |  |
|  | Payment to Jefferson on A/R Reconcilation | $ | (100,000.00) |  |
| Total Amount to Distribute |  |  | $ | 337,936.94 |

| Administrative Claimaint | Proposed Allowed C | Proposed Percent of Distribution | Proposed Distribution Amount | Basis for Claim |
|---|---|---|---|---|
|  |  | (Allowed Claim / Total Administrative Clent of Distribution x Total Amount to Distribute) |  |  |
| PA Dept of Human Services | $ 368,163.92 | 0.357769228 | $ 120,903.44 | Debtor's Books and Records |
| Internal Revenue Service | $ 161,787.30 | 0.157219419 | $ 53,130.25 | POC |
| PA Dept. of Revenue | $ 5,423.00 | 0.005269888 | $ 1,780.89 | Debtor's Books and Records |
| Leech Tishman Fuscalo & Lampl, LLC | $ 222,671.47 | 0.216384593 | $ 73,124.35 | Final Fee App Order |
| Commonwealth of PA UCTS | $ 12,812.44 | 0.012450695 | $ 4,207.55 | POC |
| William Krieger, Chapter 11 Trustee | $ 31,255.00 | 0.03037255 | $ 10,264.01 | Final Fee App Order |
| Gleason & Associates | $ 114,535.70 | 0.111301914 | $ 37,613.03 | Final Fee App Order |
| Comcast | $ 15,384.31 | 0.014949951 | $ 5,052.14 | Debtor's Books and Records |
| People's Natural Gas | $ 10,629.52 | 0.010329408 | $ 3,490.69 | Order Dk. 453 |
| PA American Water | $ 11,519.99 | 0.011194736 | $ 3,783.11 | Order Dk. 381 |
| Calaiaro Valencik | $ 34,515.47 | 0.033540965 | $ 11,334.73 | Order Dk. 504 |
| Duquesne Light | $ 17,258.06 | 0.016770798 | $ 5,667.47 | Debtor's Books and Records |
| Duquesne Light | $ 831.69 | 0.000808208 | $ 273.12 | Debtor's Books and Records |
| Accelerated Care Plus Leasing | $ 12,382.50 | 0.012032894 | $ 4,066.36 | Debtor's Books and Records |
| Gordon Food Service | $ 9,883.81 | 0.009604752 | $ 3,245.80 | Order Dk. 178 |
| Totals | $ 1,029,054.18 | 100% | $ 337,936.94 |  |